**Order entered November 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01097-CR

**DANIEL MAVERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA13-71667-L**

## ORDER

The Court **GRANTS** the State's second motion for extension of time to file the State's

brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.


/s/     ADA BROWN
          JUSTICE